No. 01–640.  GOODSON ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–5837.  RODRIGUEZ JIMENEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5867.  SCOTT *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–5868.  ARTHUR *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 01–5949.  BURNS *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 01–5965.  KIRILLOV *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5966.  BAIZA HERNANDEZ *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–5986.  CASILLAS *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 01–5992.  JOHNSON *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 01–6034.  HARDY *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 01–6287.  KNOWLES *v.* HINES, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 01–6288.  KRUMM *v.* PAINTER, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 01–6289.  JONES *v.* BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 01–6298.  BOWIE *v.* OKLAHOMA COUNTY BOARD OF COMMISSIONERS ET AL.  C. A. 10th Cir.  Certiorari denied.